ATTORNEY GRIEVANCE COMMISSION    \*    IN THE

OF MARYLAND    \*    COURT OF APPEALS

                        \*    OF MARYLAND

       Petitioner,    \*

                        \*

v.    \*

                        \*

ANTHONY IGNATIUS BUTLER, JR.    \*    Misc. Docket AG

                        \*    No. 0047

       Respondent.    \*    September Term, 2018

## ORDER

UPON CONSIDERATION of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Anthony Ignatius Butler, Jr., to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement after one year. The Court having considered the Petition and the record herein, it is this 25th day of June 2019;

ORDERED, by the Court of Appeals of Maryland, that, effective August 1, 2019, the Respondent, Anthony Ignatius Butler, Jr., be indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement after one year for violations of Rules 1.1, 1.2, 1.3, 1.4, 8.1 (b), and 8.4 (a), (c), and (d) of the Rules of Professional Conduct; and it is further

ORDERED, that on August 1, 2019, the Clerk of this Court shall remove the name Anthony Ignatius Butler, Jr., from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-742.

/s/ Clayton Greene Jr.
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk